IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

ALEX JUAN WILLIAMS,                      )
                                         )
           Plaintiff,                    )
                                         )
    v.                                   )          CV 126-009
                                         )
OFFICER HENRY; OFFICER                   )
ROBERTSON; and OFFICER JONES,            )
                                         )
           Defendants.                   )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be

granted, and **CLOSES** this civil action.

SO ORDERED this _30th_ day of _March_, 2026, at Augusta,

Georgia.

_____

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA